UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RUBICON GLOBAL VENTURES, INC.,
an Oregon corporation; and Z MOTORS,
INC., an Oregon corporation,

       Plaintiffs,

   v.

ZONGSHEN, INC., a Florida
Corporation; CHONGQING ZONGSHEN
GROUP IMPORT/EXPORT CORP., a
foreign corporation; CHONGQING
ZONGSHEN GROUP, a foreign
corporation; and ZONGSHEN
INDUSTRIAL GROUP, a foreign
corporation,

       Defendants.

Civil No. 09-818-HA

DEFAULT JUDGMENT

HAGGERTY, District Judge:

     An Order of Default [21] was entered against defendants CHONGQING ZONGSHEN GROUP IMPORT/EXPORT CORP.; CHONGQING ZONGSHEN GROUP; ZONGSHEN INDUSTRIAL GROUP;  ZONGSHEN USA HOLDINGS, INC.; ZOU ZONGSHEN; DEXIU YUAN; and YING ZOU pursuant to Federal Rule of Civil Procedure 55(a).  Upon application of plaintiffs, the court now enters Default Judgment against all defendants pursuant to Federal Rule of Civil Procedure 55(b).

1- DEFAULT JUDGMENT

In a related case, this court entered Default Judgment on behalf of plaintiffs in the amount of $47,158,971. *See Rubicon Ventures, Inc., et al., v. Chongqing Zongshen Group Import/Export Corp., et al.*, Civil No. 05-1809-HA (D. Or. August 12, 2005). Because the court finds that the current request for damages is duplicative of the previous award, the court is reducing the amount requested by $47, 158,971. The court also finds that plaintiffs' current request for $125,000 in attorney fees is unreasonable given that defendants never appeared. Because plaintiffs did not submit a declaration setting forth their attorney fees in this matter, the court has no basis to award any fees.

Defendants are jointly and severally indebted to plaintiffs as follows:

(1) Treble damages, under 18 U.S.C § 1964 *et seq.* and Oregon Revised Statute Chap. 166, in the amount of $90,704,145.00;

(2) Interest from August 24, 2009 through September 23, 2009 in the amount of $682,838.53; and

(3) $740.00 in reasonable costs for a total judgment of $91,387,723.53;

Defendants shall pay interest on the total judgment at a statutory interest rate of 0.36 percent from September 23, 2009 until the Judgment is satisfied. This case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this __23__ day of September, 2009

    /s/ Ancer L. Haggerty
Ancer L. Haggerty
United States District Court

2- DEFAULT JUDGMENT